ACCEPTED
12-13-00386-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/12/2015 4:42:41 PM
CATHY LUSK
CLERK

# ALBERT J. CHARANZA, JR.
## CHARANZA LAW OFFICE, P.C.

412 SOUTH FIRST STREET
POST OFFICE BOX 1825
LUFKIN, TEXAS 75902
PHONE: (936) 634-8568    FAX: (936) 634-0306
alcharanza@consolidated.net
BOARD CERTIFIED-CRIMINAL LAW AND CRIMINAL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

8/12/2015 4:42:41 PM

CATHY S. LUSK
Clerk

August 12, 2015

Cathy S. Lusk, Clerk
Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

RE:    Trial Court Cause No. 2013-0215; 159th Judicial District, Angelina County, Texas
Appeal Case No. 12-13-00386-CR; Twelfth Court of Appeals, Tyler, Texas

Dear Ms. Lusk:

Pursuant to Rule 48.4, Texas Rules of Appellant Procedure, I have notified Willie Owens of his right to file a pro-se petition for discretionary review under Rule 68. I am attaching a copy of the green card which acknowledges that someone signed on behalf of Willie Owens and accepted delivery of the letter.

Please file this letter in the records of the appeal.

Sincerely,

Albert J. Charanza, Jr.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Willie Owens, TDCJ#01899793
Pam Lyncher Unit
2350 Atascocita Rd.
Humble, Texas 77396

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
x E. R
☐ Agent
☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail®        ☐ Priority Mail Express™
☐ Registered            ☐ Return Receipt for Merchandise
☐ Insured Mail          ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)       ☐ Yes

2. Article Number
(Transfer from service label)

7012 2210 0001 8762 2609

PS Form 3811, July 2013          Domestic Return Receipt